## 2652. McDONALD v. THE STATE.

HILL, C. J. The excerpts from the charge objected to, when considered in connection with the entire charge, contain no error. The law applicable to the issues was clearly, fairly, and correctly given in charge, the assignments of error are without any substantial merit, and the verdict is supported by evidence. *Judgment affirmed.*

Conviction of assault and battery; from Turner superior court —Judge Park. April 27, 1910.

Argued June 1,—Decided June 14, 1910.

*Claude Payton, C. E. Hay,* for plaintiff in error.

*W. E. Wooten, solicitor-general, J. H. Tipton,* contra.

## 2653. O'NEAL v. THE STATE.

POWELL, J. Though the evidence strongly indicates that the defendant was insane at the time he committed the crime for which he was convicted, yet the jury was legally authorized to find him sane. The charge of the court was fair, lucid, and free from error. No legal reason appears for the granting of a new trial. *Judgment affirmed.*

Conviction of assault with intent to murder; from Laurens superior court—Judge Martin. April 16, 1910.

Submitted June 1,—Decided June 14, 1910.

*H. P. Howard, John R. Cooper,* for plaintiff in error.

*E. D. Graham, solicitor-general,* contra.